U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DOUGLAS PREWITT, ET AL | : | DOCKET NO. 2:07 CV 0280 |
| VERSUS | : | JUDGE MINALDI |
| ALLSTATE INSURANCE COMPANY, ET AL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the motion to remand be and it is hereby denied. It is further,

ORDERED that there is summary judgment in favor of M.A. Stringer & Associates, Inc. and M.A. "Bud" Stringer dismissing all claims against them.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of October, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE